FILED
At Albuquerque NM

JUN 3 0 2016

MATTHEW J. DYKMAN
CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**ELIAS SANCHEZ**, )<br><br>Defendant. ) | CRIMINAL NO. 16-2911 MV<br><br>Count 1:  21 U.S.C. §§ 841(a)(1) and (b)(1)(C):  Distribution of a Mixture and Substance Containing Methamphetamine;<br><br>Count 2:  21 U.S.C. §§ 841(a)(1) and (b)(1)(B):  Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about May 25, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **ELIAS SANCHEZ**, unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 2

On or about June 3, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **ELIAS SANCHEZ**, unlawfully, knowingly, and intentionally distributed a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

Counts 1 and 2 of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **ELIAS SANCHEZ**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which he is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offenses.

The property to be forfeited to the United States includes but is not limited to the following:

MONEY JUDGMENT

A sum of money of approximately $1,650.00 in U.S. currency equal to the amount of proceeds obtained as a result of the offenses in Counts 1 and 2.

SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a. cannot be located upon the exercise of due diligence;
        b. has been transferred or sold to, or deposited with, a third party;
        c. has been placed beyond the jurisdiction of the Court;
        d. has been substantially diminished in value; or
        e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), 18 U.S.C. § 982(b), and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL:

/s/ _____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

KAB
6/22/2016 5:57 AM

3